TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00261-CV






Charlene Arms and Ricky Fa Aggon Mafnas, Jr., Appellants


v.


Texas Department of Family and Protective Services, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 224,045-B, HONORABLE RICK MORRIS, JUDGE PRESIDING




O R D E R




 Appellant Charlene Arms has filed an unopposed motion to dismiss her appeal. We
grant the motion and dismiss Arms's appeal. See Tex. R. App. P. 42.1(a).


 

 J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Filed: September 22, 2009